**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER CHARLES WHITE<br>xxx-xx-0088<br>3018 HWY 12 N<br>ASHLAND CITY, TN 37015<br><br>      DEBTOR. | CASE NO. 16-05097-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

## ORDER DISALLOWING EXEMPTIONS

The Trustee, John C. McLemore, has filed an objection to the Debtor's valuations of his assets on Schedule A/B and has objected to the exemptions claimed by the Debtor on Schedule C. The Trustee has indicated he intends to take an independent inventory of the Debtor's assets and have an independent valuation prepared.

The Debtor, Debtor's counsel, and the U.S. Trustee were each mailed a copy of the Trustee's Objection and given 21 days in which to respond. No responses have been received.

**WHEREFORE**, it is hereby **ORDERED** Debtor's valuations of assets listed on Schedule A/B attached to his voluntary petition in bankruptcy are **DISALLOWED**.

It is further **ORDERED** the exemptions claimed on Schedule C are **DISALLOWED.**

The Trustee may proceed with the taking of an independent inventory of the Debtor's assets and the preparation of an independent valuation. When the inventory and valuation are complete the Debtor may submit an amended Schedule C claiming exemptions based on the Trustee's valuations. Should there be disagreements regarding asset values between the Debtor and the Trustee, they can be resolved by the filing of a motion and further order of this Court.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**