IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER CHARLES WHITE<br>xxx-xx-0088<br>3018 HWY 12 N<br>ASHLAND CITY, TN 37015<br><br>     DEBTOR. | CASE NO. 16-05097-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 10/19/16**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 11/15/16, 9:00 A.M.,**
**COURTROOM ONE, 701 BROADWAY, NASHVILLE, TN 37203**

### NOTICE OF TRUSTEE'S MOTION TO EXTEND THE DEADLINE
### FOR OBJECTING TO THE DEBTOR'S DISCHARGE

     John C. McLemore, Trustee, has asked the Court for the following: extend the deadline for objecting to the Debtor's discharge.

     **YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before 10/19/16, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 10/19/16, the date of the scheduled hearing is 11/15/16 and the motion to which you are responding is *Motion to Extend the Deadline for Objecting to the Debtor's Discharge*.**

3. You must serve your response or objection by electronic service through the Electronic Filing system described above. You must also mail a copy of your response or objection to:

   | | |
   |---|---|
   | John C. McLemore, Trustee<br>2000 Richard Jones Rd., Ste. 250<br>Nashville, TN 37215 | United States Trustee<br>701 Broadway, Customs House Suite 318<br>Nashville, TN 37203 |

     If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

     This 28th day of September, 2016.

                                                       Respectfully submitted,

                                                       */s/ John C. McLemore, Trustee*
                                                       John C. McLemore, Trustee
                                                       Tn. Bar No. 3430
                                                       2000 Richard Jones Rd., Ste. 250
                                                       Nashville, TN 37125
                                                       (615) 383-9495 (phone)
                                                       (615) 292-9848 (fax)
                                                       jmclemore@gmylaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| IN RE: | |
|---|---|
| CHRISTOPHER CHARLES WHITE<br>xxx-xx-0088<br>3018 HWY 12 N<br>ASHLAND CITY, TN 37015<br><br>    DEBTOR. | CASE NO. 16-05097-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

## TRUSTEE'S MOTION TO EXTEND THE DEADLINE
## FOR OBJECTING TO THE DEBTOR'S DISCHARGE

The Trustee, John C. McLemore, moves the Court to enter an order extending the deadline for objecting to discharge. In support of this Motion, the Trustee says:

The Debtor filed a Chapter 7 July 20, 2016. The meeting of creditors was August 15, 2016. The original deadline to file a complaint objecting to the discharge of the Debtor is October 14, 2016. The Trustee is currently investigating the assets of the Debtor and requests an extension of time in which to file a complaint.

In addition, on Schedule F, unsecured creditors, attached to the Debtor's voluntary Chapter 7 petition, he has listed approximately 130 former clients or customers. He has designated each of these creditors as "contingent, unliquidated and disputed." The amount owed each of these creditors is listed as "$0.00." Although these creditors are located primarily in Tennessee and Texas, they live in 11 different states.

The Trustee has been made aware there are both federal and state criminal investigations of Mr. White currently underway. In addition, the Tennessee Board for Licensing Contractors and the Tennessee Department of Commerce and Insurance's, Division of Consumer Affairs are also investigating the Debtor's conduct.

Allegations of fraud by creditors are commonplace. It is the Trustee's opinion, that given the nature of his case, that he and all creditors should be given additional time in which to file objections to discharge and dischargeability.

**WHEREFORE**, the Trustee prays that the Court enter an order extending the objection to discharge deadline for the Trustee and for all creditors.

The Trustee further prays that the deadline for the filing of objections to discharge pursuant to 11 U.S.C. §523 and §727 be extended to midnight, Friday, March 31, 2017.

The Trustee prays for such other and further relief as may be just.

DATED this 28th day of September, 2016.

                              Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER CHARLES WHITE<br>xxx-xx-0088<br>3018 HWY 12 N<br>ASHLAND CITY, TN 37015<br><br>     DEBTOR. | CASE NO. 16-05097-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

### ORDER RESETTING THE DEADLINE FOR OBJECTING TO THE DEBTOR'S DISCHARGE

The Trustee, John C. McLemore, has moved the Court to extend the deadline for objecting to the Debtor's discharge.

It appearing to the Court that the Trustee's Motion is well-taken.

It is hereby **ORDERED** that the deadline for objecting to the Debtor's discharge is extended pursuant to 11 U.S.C. §523 and §727 to midnight, Friday, March 31, 2017.

It is further **ORDERED** that the deadline is extended for the Trustee and for all creditors.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE -- NASHVILLE DIVISION

| IN RE:<br><br>CHRISTOPHER CHARLES WHITE<br>xxx-xx-0088<br>3018 HWY 12 N<br>ASHLAND CITY, TN 37015<br><br>     DEBTOR. | CASE NO. 16-05097-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |
|---|---|

## CERTIFICATE OF SERVICE

    I hereby certify that on the date noted below, a true and correct copy of the attached was either mailed electronically or by U.S. Mail, postage prepaid to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Christopher Charles White, 3018 Hwy. 12 N, Ashland City, TN 37015 and to Debtor's attorney, Jon Daniel Long, 302 42nd Ave. No., Nashville, TN 37209.

    This 28th day of September, 2016.

                                              Respectfully submitted,

                                              */s/ John C. McLemore, Trustee*
                                              John C. McLemore, Trustee
                                              Tn. Bar No. 3430
                                              2000 Richard Jones Rd., Ste. 250
                                              Nashville, TN 37215
                                              (615) 383-9495 (phone)
                                              (615) 292-9848 (fax)
                                              **jmclemore@gmylaw.com**

    **Attachments:**

        (1)    Notice of Trustee's Motion to Extend the Deadline for Objecting to the Debtor's Discharge

        (2)    Notice of Trustee's Motion to Extend the Deadline for Objecting to the Debtor's Discharge

        (3)    Order Resetting the Deadline for Objecting to the Debtor's Discharge